IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HTLF BANK,

    Plaintiff,

v.                                         Case No. 1:23-cv-01023 JMR/KRS

ROBERT S. O'NIELL,
HIDDEN CANYON, LLC, and
ROBERT R. MUNRO,

    Defendants.

## ORDER

On this day the Court considered the Unopposed Motion for Substitution of Plaintiffs and for Leave to Amend Complaint filed by Plaintiff HTLF Bank, and the Court finds that the motion should be, and the same is hereby, **GRANTED**.

It is, hereby, **ORDERED** that Green Prairies, LLC is hereby substituted as the Plaintiff in this case. HTLF Bank is hereby **DISMISSED** from this case without prejudice. Green Prairies, LLC is **GRANTED LEAVE** to file an amended complaint within 5 days of this Order, and Defendants are permitted to file an amended answer within 14 days thereof in accordance with Rule 15(a)(3). The amended complaint and amended answers may include updated factual allegations, claims, and defenses, if any. Defendants do not waive their right to assert defenses or claims against the substituted Plaintiff that may not have been available or asserted against the original Plaintiff. It is further **ORDERED** that the Clerk of Court shall note these changes on the docket of this case.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

2

**Agreed and approved by counsel:**

*/s/ David M. Mirazo*
David M. Mirazo
Attorney for original Plaintiff HTLF Bank and substituted Plaintiff Green Prairies, LLC


*/s/ Alan Wilson (by permission during telephone conference on 2/1/2024)*
Alan Wilson
Attorney for Defendant Robert S. O'Niell


*/s/ Allan L. Wainwright (by permission during telephone conference on 2/1/2024)*
Allan L. Wainwright
Attorney for Defendant Hidden Canyon, LLC