IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RH FUND 28, LLC,

Plaintiff,

v.  No. 1:23-CV-01023-SMD-KRS

ROBERT S. O'NIELL, HIDDEN CANYON, LLC,
RSO 1, LLC, and ROBERT R. MUNRO,

Defendants,

and

ROBERT R. MUNRO,

Counter-Plaintiff & Cross-Claimant,

v.

RH FUND 28, LLC,

Counter-Defendant,

v.

ROBERT S. O'NIELL, HIDDEN CANYON, LLC, and RSO 1, LLC,

Cross-Defendants.

## AGREED MOTION TO ENTER AGREED FINAL JUDGMENT

COME NOW Plaintiff RH Fund 28, LLC, by and through its counsel of record, David M. Mirazo, and Defendants RSO 1, LLC and Robert S. O'Niell, by and through their counsel of record, Alan Wilson (collectively, the "Parties"), and respectfully move this Honorable Court to enter the Agreed Final Judgment submitted herewith. In support of this Motion, the parties state as follows:

1. The parties have entered into a Forbearance Agreement dated effective as of January 24, 2025. The Forbearance Agreement is attached hereto as Exhibit "A."

2. The Forbearance Agreement provides, among other things, that the Agreed Final Judgment should be entered by the Court.

3. The proposed Agreed Final Judgment provides for the appointment of David P. Lutz, Esq. of the law firm of Martin & Lutz, P.C. as Special Master to advertise and conduct the foreclosure sale of the property commonly known as 4310 Central Avenue NE, Albuquerque, New Mexico 87109. and more particularly described as:

> Lots numbered Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Eleven (11), Twelve (12), Thirteen (13), Fourteen (14), Fifteen (15) and Sixteen (16), in Block Number Five (5), of the **MESA GRANDE ADDITION** to the City of Albuquerque, N.M., as the same are shown and designated on the Plat thereof, filed with the office of the County Clerk of Bernalillo County, New Mexico on July 18, 1931 in Volume C2, folio 27

4. The Agreed Final Judgment has been approved as to form and substance by counsel for all parties with remaining claims in this action, as evidenced by their signatures on the proposed Judgment.

5. The Court has jurisdiction over the parties and the subject matter of this case.

6. Entry of the Agreed Final Judgment will dispose of all remaining claims and all parties in this action.

7. All claims not addressed in the Agreed Final Judgment should be dismissed pursuant to the Joint Motion for Partial Dismissal of Claims (ECF No. 99).

WHEREFORE, the Parties respectfully request that this Court enter the Agreed Final Judgment submitted herewith.

Respectfully submitted,

**KEMP SMITH LLP**
221 N. Kansas, Ste. 1700
El Paso, Texas 79901
915.533.4424
915.546.5360 (Fax)

By: */s/ David M. Mirazo*
      **David M. Mirazo**
      NM State Bar No. 24733
      David.Mirazo@kempsmith.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on the 6th day of May 2025, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

              */s/ David M. Mirazo*
              **David M. Mirazo**

22407-100/NJIM/ 4717627