IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RH FUND 28, LLC, )<br>    *Plaintiff*, )<br>v. )<br>     )<br>ROBERT S. O'NIELL, HIDDEN CANYON, LLC, )<br>RSO 1, LLC, and ROBERT R. MUNRO, )<br>    *Defendants*. )<br>------------------------------------------------------------ )<br>ROBERT R. MUNRO, )<br>    *Counter-Plaintiff & Cross-Plaintiff*, )<br>     )<br>v. )<br>     )<br>RH FUND 28, LLC, )<br>    *Counter-Defendant*, )<br>and )<br>     )<br>ROBERT S. O'NIELL, HIDDEN CANYON, LLC, )<br>and RSO 1, LLC, )<br>    *Cross-Defendants*. ) | No. 1:23-CV-1023-SMD-KRS |

**ORDER TO WITHDRAW PROPOSED FINDINGS
AND RECOMMENDED DISPOSITION**

In light of the filing of the Joint Motion For Partial Dismissal Of Claims filed by RH Fund 28 LLC, Robert Munro, Robert O'Niell, and Hidden Canyon LLC on February 28, 2025 (Doc. 99), the Court hereby withdraws the Proposed Findings and Recommended Disposition filed on February 11, 2025. (Doc. 98).

ENTERED this 7th day of May, 2025.

                                                                                    _____
                                                                                     KEVIN R. SWEAZEA
                                                                                     UNITED STATES MAGISTRATE JUDGE