IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RH FUND 28, LLC,

    Plaintiff,

    v.                                                                          No. 1:23-CV-01023-SMD-KRS

ROBERT S. O'NIELL, HIDDEN CANYON, LLC,
RSO 1, LLC, and ROBERT R. MUNRO,

    Defendants,

    and

ROBERT R. MUNRO,

    Counter-Plaintiff & Cross-Claimant,

    v.

RH FUND 28, LLC,

    Counter-Defendant,

    v.

ROBERT S. O'NIELL, HIDDEN CANYON, LLC, and RSO 1, LLC,

    Cross-Defendants.

## **ORDER OF FINAL JUDGMENT**

This matter comes before the Court on the parties' Agreed Motion to Enter Agreed Final Judgment. (Doc. 100.) The remaining parties, Plaintiff RH Fund 28, LLC, Defendant RSO 1, LLC, and Defendant Robert S. O'Niell, have advised the Court that they have entered into a Forbearance Agreement as of January 24, 2025 (Doc. 100-1) and stipulated to the entry of an Agreed Final Judgment signed by the parties (Doc. 100-2). The Court hereby enters the "Final Judgment" set forth in the following attachment as requested by the parties.

2

It is further ordered that Judgment is final and disposes of all claims and all parties. This Court retains jurisdiction over this proceeding and the parties hereto to enforce the provisions of this Judgment and to enter such further orders as may be appropriate upon the submission of the Special Master's report.

IT IS SO ORDERED.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**