IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RH FUND 28, LLC,

    Plaintiff,

v.  No. 1:23-CV-01023-SMD-KRS

ROBERT S. O'NIELL, HIDDEN CANYON, LLC,
RSO 1, LLC, and ROBERT R. MUNRO,

    Defendants,

and

ROBERT R. MUNRO,

    Counter-Plaintiff & Cross-Claimant,

v.

RH FUND 28, LLC,

    Counter-Defendant,

v.

ROBERT S. O'NIELL, HIDDEN CANYON, LLC, and RSO 1, LLC,

    Cross-Defendants.

## ORDER APPROVING SPECIAL MASTER'S REPORT AND CONFIRMING SALE

On this day came on to be heard the Special Master's Report of David P. Lutz, the duly appointed Special Master, and the Court finds and is of the opinion that no one did prior to the sale, or at any time, pay or tender the money to pay the indebtedness set forth in the Judgment rendered in this cause, that in all respects due and proper legal notice of the sale was given, that the Special Master did, on the 4th day of August 2025, at the hour of 9:00 o'clock a.m., at the front entrance to the Second Judicial District Court, 400 Lomas Blvd. NW, Albuquerque, New Mexico 87102, at public auction, offer for sale and did sell to RH Fund 28, LLC (the "Buyer"), who was the highest bidder at the sale of all of the real property decreed in the Judgment to be sold (the

"Property"), as also described in the Special Master's Report, for the sum of $1,060,753.53 (the "Purchase Price"), by way of credit bid on such Judgment.

**IT IS, THEREFORE, ORDERED** that:

1. The Special Master's Report on file herein be and the same hereby is, accepted, approved, and confirmed in all respects. The actions of David P. Lutz as Special Master herein are hereby approved and confirmed. The Special Master's Deed provided to the Buyer is hereby approved and confirmed.

2. The offer of the Buyer of $1,060,753.53 for the Property is hereby confirmed to have been paid to the Special Master for the Property by means of credit bid on the Judgment, effective August 4, 2025, in the amount of the Purchase Price.

3. The Buyer, as the purchaser of the Property at the foreclosure sale, shall take title to the Property described in the Special Master's Report free and clear of any and all claims, liens, right, title or interest of the Defendants herein and all persons claiming by, through or under them, subject only to the items set forth in the Special Master's Deed and subject only to the right of redemption as provided by law, the period of which is and is hereby confirmed to be one month from and after the date of this Order.

4. The Buyer is entitled to the immediate possession of the Property.

5. David P. Lutz is hereby discharged as Special Master in this action.

SIGNED this _9th_ day of September, 2025.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**